IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CR-00110-M-3

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WELLINGTON PORTER,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's Motion to Seal [DE 149]. Pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed document, the motion to seal is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 146 until further order of the court. The Clerk of the Court may provide copies of the sealed document to counsel of record in this case.

SO ORDERED this 23d day of July, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE